**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No.: 1:26MJ70 MAL**

**AKASHDEEP SINGH**
______________________________/

## *EX PARTE* MOTION TO UNSEAL COMPLAINT

COMES NOW the United States Attorney, by and through the undersigned Assistant United States Attorney, and files this Motion to Unseal the Complaint in the above-referenced matter and in support thereof would state as follows:

1. This Complaint was sealed upon motion of the United States after Judge Midori Lowry found probable cause in the Northern District of Florida on July 28, 2026.

2. Due to his arrest, the defendant is now aware of the existence of the Complaint.

WHEREFORE it is prayed that the Court enter an Order to Unseal the Complaint.

Respectfully submitted,

JOHN P. HEEKIN
United States Attorney

______________________________
Adam Hapner
Assistant United States Attorney
Florida Bar No. 112006
401 SE First Ave, Ste 211
Gainesville, Florida 32601
(352) 378-0996
Adam.Hapner@usdoj.gov

Filed 7/30/2026 atm